```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DISTRICT
```

JOSE MORA                                              PETITIONER

VS.                       CIVIL ACTION NO. 5:12-cv-98(DCB)(MTP)

WARDEN - FCC YAZOO CITY                                RESPONDENT

ORDER

This cause is before the Court on the petitioner's "Objection" (Memorandum to the Court in Response to Report and Recommendation)**(docket entry 110)**.  This Court previously considered the Report and Recommendation of Magistrate Judge Parker, and the objections of the petitioner, and denied the petitioner relief on the grounds of res judicata.  See Order and Final Judgment of September 4, 2013.  Mora now asserts a conditions of confinement claim, and requests that his case be "transferred" to federal district court in Virginia.  Inasmuch as final judgment has been entered in this case, Mora's motion is moot.

Accordingly,

IT IS HEREBY ORDERED that the petitioner's "Objection" (Memorandum to the Court in Response to Report and Recommendation) **(docket entry 110)** is DENIED as MOOT.

SO ORDERED, this the 13th day of December, 2013.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE